**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 24-2140**

KIRK E. WEBSTER, SR.,

Plaintiff - Appellant,

v.

PETE HEGSETH, Secretary of Defense; FRANK D. WHITWORTH, Vice Admiral, Director of NGA; NATIONAL GEOSPATIAL-INTELLIGENCE AGENCY; JACK W. RICKERT, NGA's Associate General Counsel; NGA'S HUMAN RESOURCES OFFICE,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Michael Stefan Nachmanoff, District Judge.  (1:24-cv-00636-MSN-WBP)

Submitted:  March 11, 2025                                        Decided:  March 13, 2025

Before NIEMEYER, RICHARDSON, and BENJAMIN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Kirk E. Webster, Sr., Appellant Pro Se.  Dennis Carl Barghaan, Jr., Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kirk E. Webster, Sr., appeals the district court's order granting Defendants' Fed. R. Civ. P. 12(b)(6) motion to dismiss and dismissing his pro se amended complaint and the order denying as moot his motion to file a surreply. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's orders. *Webster v. Hegseth*, No. 1:24-cv-00636-MSN-WBP (E.D. Va. Sept. 27, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*